IN THE MATTER OF E. J. McGOVERN DAIRY PRODUCTS, INC., A CORPORATION, APPELLANT.

Argued February 23, 1960—Decided March 7, 1960.

*Mr. Edward W. Currie* argued the cause for the appellant.

*Mr. William L. Boyan,* Deputy Attorney General, argued the cause for the respondent Office of Milk Industry (*Mr. David D. Furman,* Attorney General, attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion *per curiam* in the court below.

*For affirmance*—Chief Justice WEINTRAUB, and Justices BURLING, JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—7.

*For reversal*—None.